Atlas Data Privacy Corporation et al. v. Whitepages, Inc.
(D.N.J. No. 1:24-cv-03998)

Atlas Data Privacy Corporation et al. v. Hiya, Inc.
(D.N.J. No. 1:24-cv-04000)

Atlas Data Privacy Corporation et al. v. Commercial Real Estate Exchange,
Inc.
(D.N.J. No. 1:24-cv-04073)

Atlas Data Privacy Corporation et al. v. Carco Group Inc., and Intellicorp
Records, Inc.
(D.N.J. No. 1:24-cv-04077)

Atlas Data Privacy Corporation et al. v. 6Sense Insights, Inc.
(D.N.J. No. 1:24-cv-04104)

Atlas Data Privacy Corporation et al. v. Search Quarry, LLC, and Search
Quarry, Inc.
(D.N.J. No. 1:24-cv-04106)

Atlas Data Privacy Corporation et al. v. Acxiom LLC
(D.N.J. No. 1:24-cv-04107)

Atlas Data Privacy Corporation et al. v. Enformion, LLC, and Enformion Holdco
Inc.
(D.N.J. No. 1:24-cv-04110)

Atlas Data Privacy Corporation et al. v. CoStar Group, Inc., and CoStar
Realty Information, Inc.
(D.N.J. No. 1:24-cv-04111)

Atlas Data Privacy Corporation et al. v. Oracle International Corporation,
Oracle America, Inc., and Oracle Corp.
(D.N.J. No. 1:24-cv-04112)

Atlas Data Privacy Corporation et al. v. Red Violet, Inc.
(D.N.J. No. 1:24-cv-04113)

Atlas Data Privacy Corporation et al. v. RE/MAX, LLC
(D.N.J. No. 1:24-cv-04114)

Atlas Data Privacy Corporation et al. v. Epsilon Data Management, LLC,
Conversant LLC, and Citrus Ad International, Inc.
(D.N.J. No. 1:24-cv-04168)

```
Atlas Data Privacy Corporation et al. v. Claritas, LLC
(D.N.J. No. 1:24-cv-04175)

Atlas Data Privacy Corporation et al. v. Data Axle, Inc.
(D.N.J. No. 1:24-cv-04181)

Atlas Data Privacy Corporation et al. v. Remine Inc.
(D.N.J. No. 1:24-cv-04182)

Atlas Data Privacy Corporation et al. v. Lusha Systems, Inc
(D.N.J. No. 1:24-cv-04184)

Atlas Data Privacy Corporation et al. v. Teltech Systems, Inc., and Epic
Applications, LLC
(D.N.J. No. 1:24-cv-04217)

Atlas Data Privacy Corporation et al. v. PeopleConnect, Inc., PeopleConnect
Holdings, Inc., Intelius, LLC, and PeopleConnect Intermediate, LLC
(D.N.J. No. 1:24-cv-04227)

Atlas Data Privacy Corporation et al. v. CoreLogic, Inc.
(D.N.J. No. 1:24-cv-04230)

Atlas Data Privacy Corporation et al. v. Black Knight Technologies, LLC, and
Black Knight, Inc.
(D.N.J. No. 1:24-cv-04233)

Atlas Data Privacy Corporation et al. v. Choreograph LLC
(D.N.J. No. 1:24-cv-04271)

Atlas Data Privacy Corporation et al. v. Transunion, LLC., Neustar, Inc., and
Transunion Risk and Alternative Data Solutions, Inc.
(D.N.J. No. 1:24-cv-04288)

Atlas Data Privacy Corporation et al. v. Equifax Inc. and Kount Inc.
(D.N.J. No. 1:24-cv-04298)

Atlas Data Privacy Corporation et al. v. Spokeo, Inc
(D.N.J. No. 1:24-cv-04299)

Atlas Data Privacy Corporation et al. v. Telnyx LLC
(D.N.J. No. 1:24-cv-04354)

Atlas Data Privacy Corporation et al. v. Wiland, Inc.
```

(D.N.J. No. 1:24-cv-04442)

Atlas Data Privacy Corporation et al. v. AtData, LLC
(D.N.J. No. 1:24-cv-04447)

Atlas Data Privacy Corporation et al. v. Outside Interactive, Inc.
(D.N.J. No. 1:24-cv-04696)

Atlas Data Privacy Corporation et al. v. Valassis Digital Corp., Valassis Communications, Inc., and Vericast Corp.
(D.N.J. No. 1:24-cv-04770)

Atlas Data Privacy Corporation et al. v. LexisNexis Risk Data Management, LLC, and RELX Inc.
(D.N.J. No. 1:24-cv-06160)

Whitepages, Inc.; Hiya, Inc.; Acxiom, Inc.;
Commercial Real Estate Exchange, Inc.; Carco Group, Inc.;
Intellicorp Records, Inc.; 6Sense Insights, Inc.; Search Quarry LLC;
Enformion, LLC; Enformion Holdco, Inc.; CoStar Group, Inc.; CoStar Realty Information, Inc.;
Oracle International Corporation; Oracle America, Incorporated; Oracle Corporation;
Red Violet, Inc.; RE/MAX, LLC; Epsilon Data Management, LLC; Conversant LLC;
Citrus Ad International, Inc.; Claritas, LLC; Data Axle, Inc.; Remine Inc.;
Lusha Systems, Inc.;
Teltech Systems, Inc.; Epic Applications, LLC; PeopleConnect, Inc.;
PeopleConnect Holdings, Inc.; Intelius, LLC; PeopleConnect Intermediate, LLC;

Corelogic, Inc.; Black Knight Technologies, LLC; Black Knight, Inc.;
Choreograph LLC;
TransUnion, LLC; Neustar, Inc.; TransUnion Risk and Alternative Data Solutions, Inc.;
Equifax, Inc.; Kount, Inc.; Spokeo Inc.; Telnyx LLC; Wiland, Inc.; AtData, LLC; Outside Interactive, Inc.;
Valassis Communications, Inc.; Valassis Digital Corp.; Vericast Corp.;
LexisNexis Risk Data Management, LLC; and RELX Inc.,


Petitioners