# United States Court of Appeals for the Third Circuit

## Corporate Disclosure Statement and Statement of Financial Interest

No. 24-8045

Atlas Data Privacy Corporation, et al.

v.

Whitepages, Inc., et al.

Pursuant to Federal Rule of Appellate Procedure 26.1 and Third Circuit LAR 26.1, **Red Violet, Inc.** ("Red Violet") makes the following disclosure:

1. For non-government corporate parties please list all parent corporations and any publicly held corporation that owns 10% or more of its stock or state that there is no such corporation:

**Red Violet is not a government entity. The undersigned further certifies that Red Violet is a public company whose stock is traded on the NASDAQ Stock Market under the symbol RDVT. Red Violet does not have any parent corporation or publicly held company that owns 10% or more of its stock.**

2. If there is a publicly held corporation which is not a party to the proceeding before this Court, but which has a financial interest in the outcome of the proceeding, please identify all such parties and specify the nature of the financial interest or interests:

**Not applicable.**

3. In all bankruptcy appeals counsel for the debtor or trustee of the bankruptcy estate must list: 1) the debtor, if not identified in the case caption; 2) the members of the creditors' committee of the top 20 unsecured creditors; and, 3) any entity not named in the caption which is active participant in the bankruptcy proceeding. If the debtor or trusteed is not participating in the appeal, this information must be provided by appellant.

**Not applicable.**

4. In criminal appeals, the government must file a disclosure statement if an organization is a victim of the crime. If the organization victim is a corporation, the statement must also identify any parent corporation and any publicly held corporation that owns 10% or more of its stock to the extent it can be obtained through due diligence.

**Not applicable.**

| | |
|---|---|
| Dated: December 12, 2024 | **TROUTMAN PEPPER HAMILTON SANDERS LLP**<br><br>By: */s/ Angelo A. Stio III*<br>Angelo A. Stio III<br>Melissa A. Chuderewicz<br>Stephanie Jonaitis<br>301 Carnegie Center<br>Suite 400<br>Princeton, New Jersey 08540<br><br>*Attorneys for Defendant*<br>*Red Violet, Inc.* |